DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO SOPENA,**
Appellant,

v.

**WASHINGTON MUTUAL BANK,**
Appellee.

No. 4D2023-0482

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE06-007742.

Paul Alexander Bravo, of P.A. Bravo, P.A., Miami, for appellant.

Rebecca A. Rodriguez, Terrance W. Anderson, Jr., and Sophie M. Labarge of Nelson Mullins Riley & Scarborough, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

*     *     *

***Not final until disposition of timely filed motion for rehearing.***